| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | **Maple Tree Acres LLC dba Historic Springs Bottling** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0023946** |
| 4. | **Debtor's address** | **Principal place of business** **1889 Highway 139** **Dandridge, TN 37725** Number, Street, City, State & ZIP Code **Sevier** County | **Mailing address, if different from principal place of business** **2865 Mountain Ranch Drive** **Dandridge, TN 37725** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **1889 Highway 139 Dandridge, TN 37725** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | drinkhydrate.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **Maple Tree Acres LLC dba Historic Springs Bottling** _____   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2086__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Maple Tree Acres LLC dba Historic Springs Bottling** _____   Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Maple Tree Acres LLC dba Historic Springs Bottling**                              Case number (*if known*)
    <sub>Name</sub>

    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Maple Tree Acres LLC dba Historic Springs Bottling**    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 1, 2021**
              MM / DD / YYYY

X **/s/ Timothy Munson**                                **Timothy Munson**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ C. Dan Scott**                                  Date  **October 1, 2021**
Signature of attorney for debtor                              MM / DD / YYYY

**C. Dan Scott 010295**
Printed name

**Scott Law Group, PC**
Firm name

**P.O. Box 547**
**Seymour, TN 37865-0547**
Number, Street, City, State & ZIP Code

Contact phone  **(865)246-1050**    Email address  **dan@scottlawgroup.com**

**010295 TN**
Bar number and State

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Maple Tree Acres LLC dba Historic Springs Bottling**                Case No.
                                    Debtor(s)                Chapter  **11**

# **VERIFICATION OF CREDITOR MATRIX**

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October  1, 2021**                **/s/ Timothy Munson**
                            **Timothy Munson**/**Managing Member**
                            Signer/Title

Date:  **October  1, 2021**                **/s/ C. Dan Scott**
                            Signature of Attorney
                            **C. Dan Scott 010295**
                            **Scott Law Group, PC**
                            **P.O. Box 547**
                            **Seymour, TN 37865-0547**
                            **(865)246-1050   Fax: (865)321-8378**

ABF ArcBest
P.O. Box 10048
Fort Smith, AR 72917

Advance Resources
P.O. Box 15270
Irvine, CA 92623

Alliance Funding Group
3745 West Chapman Highway, Suite 200
Orange, CA 92868

Ascentium Capital
23970 Highway 59 N
Kingwood, TX 77339

Bennet Motor Express
1001 Industrial Parkway
McDonough, GA 30253

BFS Capital
3301 N University Drive #300
Coral Springs, FL 33065

Carolina Container
P.O. Box 734240
Dallas, TX 75373

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62706

Elwood Staffing Services
1601 E Andrew Johnson Hwy
Morristown, TN 37814

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

First Community Bank
29 College Drive
Bluefield, VA 24605

First Community Bank
Huret Law Firm
313 Princeton Road, Suite 6
Johnson City, TN 37601

First Corporate Solutions, Inc.
914 S Street/ SPRS Ficoso Com
Sacramento, CA 95811

Flexblow Inhouse Financial Support
Vytauto str. 114A
LT-97133 Kretinga
Lithuania

Garden Funding
1608 S Ashland Ave #35697
Chicago, IL 60608

Georgia-Pacific
133 Peachtree St NE
Atlanta, GA 30303

Internal Revenue Service
P.O. Box 105404
Atlanta, GA 30348

JB Hunt Transporation
520 W Summit Hill Drive
Knoxville, TN 37902

Kapitus LLC
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201

Lakeway Container
5715 Superior Drive
Morristown, TN 37814

Leaf Capital Funding, LLC
2005 Market St 14th Fl
Philadelphia, PA 19103

Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708

Sumitormo Mitsui Finance and Leasing Co
666 Third Ave
New York, NY 10017

Thomas Munson
2865 Mountain Ranch Drive
Dandridge, TN 37725

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

```
Verizon Wireless
P.O. Box 105378
Atlanta, GA 30348
```

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Maple Tree Acres LLC dba Historic Springs Bottling**                            Case No.
                                                             Debtor(s)                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Maple Tree Acres LLC dba Historic Springs Bottling**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 1, 2021** | **/s/ C. Dan Scott** |
| Date | **C. Dan Scott 010295** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Maple Tree Acres LLC dba Historic Springs Bottling** |
| | **Scott Law Group, PC** |
| | **P.O. Box 547** |
| | **Seymour, TN 37865-0547** |
| | **(865)246-1050 Fax:(865)321-8378** |
| | **dan@scottlawgroup.com** |